AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Lazaridis
_____
          Plaintiff
               V.
Wehmer, et al.
_____
          Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 06-793

I, Emmanuel N. Lazaridis _____ declare that I am the (check appropriate box)

[X] Petitioner/Plaintiff/Movant        [ ] Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED DEC 27 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE
BD scanned

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [ ] Yes   [X] No   (If "No" go to Question)

   If "YES" state the place of your incarceration _____

   Inmate Identification Number (Required): _____

   Are you employed at the institution? ____ Do you receive any payment from the institution? ____

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   [X] Yes   [ ] No

   I do odd jobs mostly for Mr. Demitry Angelakes, Heraklion, Greece, in exchange for monthly housing and related living expenses. No money is received in this job.

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.   Approx. earnings equivalent: $1000/mo.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      [ ] Yes   [X] No
   b. Rent payments, interest or dividends               [ ] Yes   [X] No
   c. Pensions, annuities or life insurance payments     [X] Yes   [ ] No
   d. Disability or workers compensation payments        [ ] Yes   [X] No
   e. Gifts or inheritances                              [ ] Yes   [X] No
   f. Any other sources                                  [X] Yes   [ ] No

   I have one retirement annuity of approx. $9000.00 in principal that I withdraw at the maximum rate allowed by law, approx. $1000.00 per year over 10 years. I receive loans in Greece, being currently in debt for approximately $18,000.00.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?     ☒ Yes     ☐ No

   If "Yes" state the total amount $ ~400 (value in USD of Euro cash)

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
                                                              ☐ Yes     ☒ No

   If "Yes" describe the property and state its value.

   See answer to (3) above.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   I am the custodial parent of one minor child, V. L., towards whose support I am obligated to contribute approximately 600 Euros per month (being approximately $730 USD per month). I receive no assistance from the mother of this child to offset my obligations.

   I declare under penalty of perjury that the above information is true and correct.

   19 Dec. 2006
   DATE                                SIGNATURE OF APPLICANT

NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# SEALED DOCUMENT

## TRANSLATION OF EXHIBIT A (REDACTED)

06-793

Nov-23-2006    17:40    FROM: AFRODITI MAVROIDI.LA +302810 336762    TO:2810333346    P.1

Dear Mister Lazaridis

In response to your letter dated 11/20/2006 I would like to tell you the following:

1. This our correspondence - through our lawyers - is happening so that the meetings with our daughter can be arranged and not so that you can falsely accuse me. This you do anyway, filing a host of criminal charges for lying to the Greek Courts. I would like you to show finally a bit of seriousness and to recognise for what reason this correspondence is happening. Your statements about my delusions, and regarding my acts of domestic violence, stool a lack of contact with reality and I disregard to work with them.

2. My meetings with ********* have helped her to come again in contact with me but certainly it is needed to have more contact in the future. For this reason I have come into contact with official social workers so as to ask them if the future meetings can be had with them present. They answered positively and it remains only that you agree so that we can organise the meetings. For this reason our correspondence is required. I live in Heraklion and I will continue to live here for *********. I can not give you my exact address because I am afraid due to the abuse that I had undergone from you but I can give you my telephone after the next meeting.

3. I suggest, at the next meeting that we will have at the office of Mrs. Arnaoutoglou that we leave ********* for 5 minutes with her and that we discuss in the presence of her secretaries about the future meetings.

I hope you will agree to my suggestion.

Heraklion 11/23/2006

Christina Lefkothea Wehmer Lazaridis

[signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EMMANUEL N. LAZARIDIS, individually and )
in his capacity as legal custodian of V. L., a minor, )
)                              — 0 6 - 7 9 3 —
    Plaintiff,              )
                            )    Case No. _____
v.                          )
                            )
TINA LAVINA WEHMER, individually,      )    MOTION FOR PERMISSION TO
MATTHEW NEIDERMAN, individually,       )    PROCEED IN FORMA PAUPERIS
CATHERINE SUTER, individually,         )    AND FOR RELIEF FROM FEES
AFRODITI MINA MAUROEIDI, individually, and )    FOR ACCESS AND USE OF THE
the OFFICE OF THE ATTORNEY GENERAL     )    ECF / PACER SYSTEM
OF THE STATE OF DELAWARE, by and through )
CARL C. DANBURG, Attorney General.     )
                            )
    Defendants.             )
                            )

FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

Plaintiff, Emmanuel N. Lazaridis, a natural person, pursuant to 28 U.S.C. §1915(a)(1) requests that this Court allow him to proceed *pro se* and *in forma pauperis* with the Complaint filed concurrently with the present motion, and further to his request states as follows:

1. A completed Application To Proceed Without Prepayment Of Fees And Affidavit is attached.

2. May the Court further direct that service be effected on Defendants by a United States marshal, deputy United States marshal, or other person or officer specially appointed by the Court for that purpose, pursuant to 28 U.S.C. §1915.

3. The attention of the Court is directed to the fact that Defendant Wehmer claims to the Family Court of the State of Delaware that she resides in Michigan, but she actually resides in Greece. *See* Letter from Defendant Wehmer dated November 23, 2006, attached as Exhibit A. *See also* Complaint, Exhibit D. Plaintiff provides with the present filing two sets of completed Summons sheets with respect to Defendant Wehmer, with Greek and Michigan addresses respectively, and respectfully requests that the Court determine to which address service should be effected.

4. Plaintiff has not been able to find an attorney to assist him in the present case.

5. Because Plaintiff lives in a foreign country and can not afford to travel to this Court or to an appropriate law library, his ability to research the law as needed to effect his rights under the law using the processes of this Court is curtailed.

6. A court may, for good cause, exempt persons from the electronic public access fees of the ECF / PACER system in order to avoid unreasonable burdens, to promote public access to such information, and upon appropriate demonstration of need.

7. The appropriate procedure by which a court may consider the grant of an exemption from ECF / PACER fees is upon motion by the party seeking exemption from the fee, which should demonstrate the basis upon which the party claims such exemption.

8. Procedurally, upon granting a motion for exemption from fees a copy of such order should be provided to the PACER Service Center in San Antonio so that the party will not be billed for use of the electronic access service.

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Permit him to proceed with the present Complaint *pro se* and *in forma pauperis*;

B. Effect service on Defendants through the Office of the Federal Marshal;

C. Order service upon Defendant Wehmer in Michigan, in Greece, or both, at the option of the Court.

D. Grant an exemption to payment of access fees of the ECF / PACER system; and

E. Grant any other relief that this Court deems appropriate.

Respectfully submitted,

_____     Dated: 19 Dec. 2006

Emmanuel N. Lazaridis

Lazaridis - Kortsidakis
Smyrnis 14                         Tel:  +30 693 902 7351
71201 Heraklion, Crete, GREECE     Fax:  +01 464 631 0508 (USA)