IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EMMANUEL N. LAZARIDIS, individually and )
in his capacity as legal custodian of V. L., a minor, )
)                         Case No. - 06 - 793 -
    Plaintiff, )
)
v. )
)
TINA LAVINA WEHMER, individually, )    MOTION FOR ORDER TO SEAL
MATTHEW NEIDERMAN, individually, )     EXHIBITS REFERRING TO
CATHERINE SUTER, individually, )       MINOR CHILD
AFRODITI MINA MAUROEIDI, individually, and )
the OFFICE OF THE ATTORNEY GENERAL )
OF THE STATE OF DELAWARE, by and through )
CARL C. DANBURG, Attorney General. )
)
    Defendants. )
)

FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff, Emmanuel N. Lazaridis, a natural person, pursuant to the E-Government Act of 2002, request that the Court place under seal each of the unedited documents that are described below because they refer by name to a minor child:

1. Exhibits B and C of the Complaint, attached thereto in redacted form, that are submitted together with the present motion in their original form.

2. Exhibit A of the Motion for Permission To Proceed In Forma Pauperis, attached thereto in redacted form, that is submitted together with the present motion in its original form.

Dated: 19 Dec 2006

Emmanuel N. Lazaridis

Lazaridis - Kortsidakis
Smyrnis 14
71201 Heraklion, Crete
GREECE
Tel: +30 281 033 3346
Fax: +01 484 631 0508 (USA)