IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL N. LAZARIDIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-793-SLR |
| | ) |
| LAVINA TINA WEHMER, | ) |
| MATTHEW NEIDERMAN, | ) |
| CATHERINE SUTER, AFRODITI | ) |
| MINA MAUROEIDI, OFFICE OF THE | ) |
| ATTORNEY GENERAL OF THE STATE | ) |
| OF DELAWARE, AND | ) |
| CARL C. DANBERG, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this $4th$ day of January, 2007,

the Court having considered the application to proceed without

prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

United States District Judge