Emmanuel N. lazaridis
Lazaridis - Kotsidakis
Smyrnis 14
71201 Heraklion, Crete, GREECE
Tel:  +30 281 03 3346 (Greece)
Fax: +01 484 63 0508 (USA)

December 22, 2006

Clerk of the Court
United States District Court
  for the District of Delaware
Lockbox 18
844 N. King Street
Wilmington, DE 19801
Tel: (302) 573-6170



Dear Clerk:

Following up on my mailing to you on December 19, 2006 of a civil Complaint, I realised a couple days late that I had not enclosed sufficient copies of the complaint itself for service on the parties. Enlcosed please find four (4) additional copies of the said Complaint.

Please note that I am requesting permission to proceed *pro personam, in forma pauperis*. I am forced to file by mail because I live thousands of miles away from this Court and am summarily unable to present myself before it.

Because regular mail from you may take over a month to arrive at my home, I kindly request that you fax me at the U.S. fax number specified above to inform me of any problems, or when and if my motions are granted or denied.

Thank you, in advance, for your timely attention to this matter.

Sincerely,

_____          Dated: 22 - Dec - 2006
Emmanuel Lazaridis

ΛΑΖΑΡΙΔΗΣ - ΚΟΡΤΣΙΔΑΚΗΣ
ΣΜΥΡΝΗΣ 14
71201  ΗΡΑΚΛΕΙΟ
          ΕΛΛΑΣ

Clerk of the Court
United States District Court
 for the District of Delaware
Lockbox 18
844 N. King Street
Wilmington, DE  19801
          USA / ΗΠΑ