IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL N. LAZARIDIS, individually and in his capacity as legal custodian of V.L., a minor, <br><br> Plaintiff, <br><br> v. <br><br> LAVINA TINA WEHMER, MATTHEW NEIDERMAN, CATHERINE SUTER, AFRODITI MINA MAUROEIDI, OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF DELAWARE by and through Joseph R. Biden,III,[1] <br><br> Defendants. | ) ) ) ) ) ) ) ) Civ. Action No. 06-793 SLR ) ) ) ) ) ) ) ) ) |

## ORDER

At Wilmington this 16th day of April, 2007;

IT IS ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed[2] to plaintiff.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff shall complete and return to the clerk of the court an **original** U.S. Marshal-285 ("USM-285") form for each **defendant (i.e., Lavina Tina Wehmer, Matthew Neiderman, Catherine Suter, Afroditi Mini Mauroeidi),** as well as for the **Attorney General of the State of Delaware**, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801.

---

[1]See Fed. R. Civ.P. 25(d)(1). Attorney General Joseph R. Biden, III assumed office in January 2007, replacing former Attorney General Carl C. Danberg, an original party to this case.

[2]The clerk of the court is advised that extra postage is necessary as plaintiff resides in Greece.

3. Plaintiff shall also shall complete and return to the clerk of the court an **original** U.S. Marshal 94 ("USM-94") form for each foreign **defendant: Lavina Tina Wehmer, Catherine Suter, and Afroditi Mina Mauroeidi**. Where applicable, the USM-94 form shall contain the address for the France Central Authority: Ministere de la Justice, Bureau de l"Entraide, Judiciaire Internationale, D4 13 Place Vendome 75042, Paris, Cedex 01, France, **or** the address for the Greek Central Authority: Department of Administrative and Judicial Affairs, The Ministry of Foreign Affairs of the Hellenic Republic, Zalakosta 1, 10671 Athens, Greece.

4. Plaintiff has provided the court with five copies of the complaint (D.I. 3) for service upon defendants. Plaintiff shall provide an additional three copies of the complaint as well as two translations of the complaint in the French language, and four translations of the complaint in the Greek language, so that service may be effected utilizing both USM-285 forms and USM-94 forms.

5. **Plaintiff is notified that the United States Marshal will not serve the complaint until all USM-285 forms, USM-94 forms, copies of the complaint and translations have been received by the clerk of the court.**

6. Upon receipt of the completed "U.S. Marshal 285" form(s) and copies of the complaint, and in accordance with Rule 4 of the Federal Rules of Civil Procedure, the United States Marshal shall serve a copy of the complaint and this order upon the defendant(s) as directed by plaintiff. Service of the foreign defendants (i.e., Lavina Tina Wehmer, Catherine Suter, and Afroditi Mina Mauroeidi) shall be by registered mail. It is not necessary to mail a translated copy of the complaint when serving by registered

mail.

7. Service of process upon the foreign defendants in foreign countries (i.e., Lavina Tina Wehmer, Catherine Suter, and Afroditi Mina Mauroeidi) shall also be attempted pursuant to Article 5 of the Hague Convention through the Central Authority in France for defendant Catherine Suter; and through the Central Authority in Greece for defendants Lavina Tina Wehmer and Afroditi Mini Mauroeidi. Upon receipt of the completed "U.S. Marshal 94" form(s) and copies of the complaint and translations of the complaint, the United States Marshal shall serve a copy of the complaint with two translations, and this order upon the foreign defendant(s) as directed by plaintiff.

7. All costs of service shall be advanced by the United States.

8. No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

9. The clerk of the court is directed to provide to plaintiff the appropriate number of USM-285 and USM-94 forms.

10. **Failure to provide complete USM-285 forms, USM-94 forms, the requisite number of copies of the complaint, and the requisite number of translations of the complaint within 120 days of the date of this order may result in dismissal of the case.**

_____
UNITED STATES DISTRICT JUDGE