Emmanuel N. Lazaridis
Lazaridis - Kortsidakis
Smyrnis 14
71201 Heraklion, Crete, GREECE
Tel:  +30 281 033 3346 (Greece)
Fax: +01 484 631 0508 (USA)

July 11, 2007

Clerk of the Court
United States District Court
  for the District of Delaware
Lockbox 18
844 N. King Street
Wilmington, DE 19801
Tel: (302) 573-6170

RE: Civil action 06-793 SLR

Dear Clerk:

    Enclosed please find three motions for filing:

    1.    Ex Parte Motion Pursuant to Order of April 17, 2007
    2.    Ex Parte Motion for a Temporary Restraining Order
    3.    Ex Parte Motion for Approval of a Subpoena

    Please note that attached to the Ex Parte Motion Pursuant to Order of April 17, 2007 you will find all the documents, forms and copies requested by the Court in its April 17, 2007 Order.

    Please also note that the Ex Parte Motion for a Temporary Restraining Order and the Ex Parte Motion for Approval of a Subpoena are time-sensitive and should be presented to the honourable judge at the earliest possible opportunity.

    Because regular mail from you may take over a month to arrive at my home, I kindly request that you fax me at the U.S. fax number specified above to inform me of any problems, or when and if my motions are granted or denied.

    Thank you, in advance, for your timely attention to this matter.

Sincerely,

_____
Emmanuel Lazaridis