## NOTICE OF APPEAL
### TO
### U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

**CIRCUIT COURT**
**DOCKET NUMBER:** _____
                                    **(leave blank)**

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

**DISTRICT COURT**
**DOCKET NUMBER:** 06-793-SLR

Emmanuel N. Lazaridis

**v.**

Lavina Tina Wehmer, et al.

**DISTRICT COURT**
**JUDGE:** Susan L. Robinson

Notice is hereby given that ___Emmanuel N. Lazaridis___
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) _____

entered in this action on ___August 8, 2007___
                              (date)

Dated: ___August 20, 2007___

_(Counsel for Appellant-Signature)_

Emmanuel N. Lazaridis

| (Name of Counsel - **Typed**) | (Counsel for Appellee) |
|---|---|
| Lazaridis-Kortsidakis, Smyrnis 14 | |
| (Address) | (Address) |
| 71201 Heraklion, Crete, Greece | |
| (City, State Zip) | (City, State Zip) |
| +30 693.902.7351 | |
| (Telephone Number) | (Telephone Number) |

**NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.**