Emmanuel N. Lazaridis
Lazaridis - Kortsidakis
Smyrnis 14
71201 Heraklion, Crete, GREECE
Tel:  +30 281 033 3346 (Greece)
Fax: +01 484 631 0508 (USA)

August 20, 2007

Clerk of the Court
United States District Court
 for the District of Delaware
Lockbox 18
844 N. King Street
Wilmington, DE 19801
Tel: (302) 573-6170

RE: Civil action 06-793 SLR

Dear Clerk:

    Please accept for filing the enclosed Notice of Appeal and bring this to the attention of the Court as soon as possible.

    Thank you, in advance, for your timely attention to this matter.

Emmanuel Lazaridis