Emmanuel N. Lazaridis
Lazaridis - Kortsidakis
Smyrnis 14
71201 Heraklion, Crete, GREECE
Tel: +30 281 033 3346 (Greece)
Fax: +01 484 631 0508 (USA)

August 30, 2007

Clerk of the Court
United States District Court
for the District of Delaware
Lockbox 18
844 N. King Street
Wilmington, DE 19801
Tel: (302) 573-6170

RE: Civil action 06-793 SLR

Dear Clerk:

Please accept for filing the enclosed Transcript Purchase Order. Please note that no transcript is required because no hearing was ever held.

Moreover, please note that I was approved to proceed *in forma pauperis* by the Distrcit Court's order of January 4, 2007. Even though the Court later dismissed my case *sua sponte* in the order under appeal, please note that the January 4, 2007 has not been vacated and I am automatically qualified to appeal *in forma pauperis* as well. Fed. R. App. P. 24(a)(3).

Thank you, in advance, for your timely attention to this matter.

Sincerely,

Emmanuel Lazaridis




BD scanned

ΛΑΖΑΡΙΔΗΣ - ΚΟΡΤΣΙΔΑΚΗΣ
ΣΜΥΡΝΗΣ 14
71201 ΗΡΑΚΛΕΙΟ
ΕΛΛΑΣ




Clerk of the Court
United States District Court
for the District of Delaware
Lockbox 18
844 N. King Street
Wilmington DE 19801

USA / ΗΠΑ

19801+3519 C012