Emmanuel N. Lazaridis
Lazaridis - Kortsidakis
Smyrnis 14
71201 Heraklion, Crete, GREECE
Tel: +30 281 033 3346 (Greece)
Fax: +01 484 631 0508 (USA)

September 10, 2007

Clerk of the Court
United States District Court
  for the District of Delaware
Lockbox 18
844 N. King Street
Wilmington, DE 19801
Tel: (302) 573-6170

RE: Civil action 06-793 SLR

Dear Clerk:

Enclosed please find two motions for filing:

1. Motion For an Injunction Pending Appeal
2. Motion for Stay Pending Appeal

Please present these motions to the honourable judge at the earliest possible opportunity.

Enclosed please also find a copy of my reply to the August 30, 2007 letter to me from the Clerk of the Court of Appeals for the Third Circuit.

Because regular mail from you may take over a month to arrive at my home, I kindly request that you fax me at the U.S. fax number specified above to inform me of any problems, or when and if my motions are granted or denied.

Thank you, in advance, for your timely attention to this matter.

Sincerely,

Emmanuel Lazaridis