Emmanuel N. Lazaridis
Lazaridis - Kortsidakis
Smyrnis 14
71201 Heraklion, Crete, GREECE
Tel: +30 281 033 3346 (Greece)
Fax: +01 484 631 0508 (USA)

September 10, 2007

Clerk of the Court
United States Court of Appeals
 for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790
Tel: (267) 299-4952

RE:   Docket No. 07-3572
      Lazaridis vs. Wehmer
      D. C. No. 06-cv-00793

Dear Clerk:

    Today I received your letter dated August 30, 2007 and I am responding immediately to your requests as stated therein.

    With respect to the Transcript Purchase Order (TPO) form, I have not received such a form from the district court clerk's office as of yet; however, I downloaded what I believe to be the appropriate form from the Internet, completed it, and on August 31, 2007 sent one copy to the District Court Clerk and one copy to your office (see attached letter to the District Court dated August 30, 2007). I did not keep a copy of the original of this form, nor did I send a copy of it to any of the defendants in the present case because none of them was served with process by the court below and none of them appeared in the action. Following receipt of your letter, I have completed anew the TPO form. Enclosed please find a copy of the newly completed TPO form. I am also sending a copy of the newly completed TPO form to the address of the Office of the Attorney General of Delaware as indicated in your instructions.

    With respect to documents that were sealed in the District Court, I am unaware of any such documents. Would kindly inform me as to what documents were sealed by the District Court so that I may act accordingly?

    Please note that I have made every attempt to comply in a timely fashion with the Federal Rules of Appellate Procedure and the local rules of the Third Circuit in prosecuting the present appeal. Any appearance of untimely compliance is attributable solely to postal delays in international mail delivery. If necessary you may treat this letter as a motion for an extension of time to file any of the documents required from me by the Court of Appeals.

    Thank you, in advance, for your timely attention to this matter.

Sincerely,

Emmanuel Lazaridis

encl. (2)