Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Civ. No. 06-793-SLR

Emmanuel N. Lazaridis
Emmanuel N. Lazaridis, Pro Se
Smyrnis 14
71201 Heraklion
Crete,
Greece

U.S.M.D.
X-RAY
ADDITIONAL POSTAGE REQUIRED
RETURN TO SENDER

049J82023030
$00.41⁰
Mailed From 19801
11/08/2007
US POSTAGE

## Other Orders/Judgments

1:06-cv-00793-SLR Lazaridis v. Wehmer et al
APPEAL, PaperDocuments

**U.S. District Court**

**District of Delaware**

### Notice of Electronic Filing

The following transaction was entered on 11/7/2007 at 5:39 PM EST and filed on 11/7/2007
**Case Name:**       Lazaridis v. Wehmer et al
**Case Number:**   1:06-cv-793
**Filer:**
**Document Number:** No document attached

**Docket Text:**
SO ORDERED, GRANTING [20] MOTION to Stay filed by Emmanuel N. Lazaridis, ORDER, Motions terminated as MOOT: [21] MOTION an Injunction Pending Appeal filed by Emmanuel N. Lazaridis. Signed by Judge Sue L. Robinson on 11/7/07. (rlp)

**1:06-cv-793 Notice has been electronically mailed to:**

**1:06-cv-793 Notice has been delivered by other means to:**

Emmanuel N. Lazaridis
Emmanuel N. Lazaridis, Pro Se
Smyrnis 14
71201 Heraklion
Crete,
Greece