FPS - 080                                                           DATE: November 30, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **07-3572**

Lazaridis v. Wehmer

To:  Clerk

    1)  Motion by Appellant for leave to appeal in forma pauperis

---

    The foregoing motion to proceed in forma pauperis is granted. The appeal will be submitted to a panel for determination under 28 U.S.C. § 1915(e)(2) or for summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6.

For the Court,

/s/Marcia M. Waldron
Clerk

Dated:  December 3, 2007
CMH/cc: ENL, AGDE

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk