Emmanuel N. Lazaridis
Lazaridis - Kortsidakis
Smyrnis 14
71201 Heraklion, Crete, GREECE
Tel:  +30 281 033 3346 (Greece)
Fax: +01 484 631 0508 (USA)

December 6, 2007

Clerk of the Court
United States District Court
  for the District of Delaware
Lockbox 18
844 N. King Street
Wilmington, DE 19801
Tel: (302) 573-6170

RE: Civil action 06-793 SLR

Dear Clerk:

    Please recall the attached notice of the November 7, 2007 order signed by Judge Sue L. Robinson, granting my Motion dated September 10, 2007 to stay her Memorandum Order of August 8, 2007.

    In so granting, the Court authorised service of the process upon the defendants while my appeal of Judge Robinson's disposition of the present case is pending.

    Please recall that I provided the Court with extra copies of the Greek and French translations demanded by the Court's order of April 16, 2007, which were attached to my Ex Parte Motion Pursuant To Order of April 16, 2007, which motion was filed on or about July 6, 2007. I had specifically requested that one copy of each of those documents be returned to me with indication that they had been filed in the present case, and kindly request that you now proceed to do so.

    I also request that you inform me at this time as to the status of service of my Complaint upon each of the defendants through the Office of the United States Marshal, pursuant to the Court's April 16 and November 7, 2007 orders.

    Because regular mail from you may take over a month to arrive at my home, I permit you to provide the aforesaid items to me at the U.S. fax number specified above in lieu of post.

    Thank you, in advance, for your timely attention to this matter.

Sincerely,

Emmanuel Lazaridis

FILED
DEC 1 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CM/ECF LIVE - U.S. District Court:ded                                                    Page 1 of 1

## Other Orders/Judgments

1:06-cv-00793-SLR Lazaridis v. Wehmer et al
APPEAL, PaperDocuments

### U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered on 11/7/2007 at 5:39 PM EST and filed on 11/7/2007
**Case Name:**      Lazaridis v. Wehmer et al
**Case Number:**    1:06-cv-793
**Filer:**
**Document Number:** No document attached

**Docket Text:**
SO ORDERED, GRANTING [20] MOTION to Stay filed by Emmanuel N. Lazaridis, ORDER, Motions terminated as MOOT: [21] MOTION an Injunction Pending Appeal filed by Emmanuel N. Lazaridis. Signed by Judge Sue L. Robinson on 11/7/07. (rlp)

**1:06-cv-793 Notice has been electronically mailed to:**

**1:06-cv-793 Notice has been delivered by other means to:**

Emmanuel N. Lazaridis
Emmanuel N. Lazaridis, Pro Se
Smyrnis 14
71201 Heraklion
Crete,
Greece

11/7/2007



ΛΑΖΑΡΙΔΗΣ - ΚΟΤΖΙΔΑΚΗΣ
ΣΜΥΡΝΗΣ 14
71201 ΗΡΑΚΛΕΙΟ
ΕΛΛΑΣ

Clerk of the Court
U.S. District Court for the
District of Delaware
Lockbox 18
844 N. King Street
Wilmington DE 19801
USA