IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMMANUEL N. LAZARIDIS,              ) | |
|                                      ) | |
|         Plaintiff,                   ) | |
|                                      ) | |
|   v.                                 ) | Civ. No. 06-793-SLR |
|                                      ) | |
| LAVINA TINA WEHMER, MATTHEW          ) | |
| NEIDERMAN, CATHERINE SUTER,          ) | |
| AFRODITI MINA MAUROEIDI,             ) | |
| OFFICE OF THE ATTORNEY               ) | |
| GENERAL OF THE STATE OF              ) | |
| DELAWARE and ATTORNEY                ) | |
| GENERAL JOSEPH BIDEN, III,           ) | |
|                                      ) | |
|         Defendants.                  ) | |

## ORDER

At Wilmington this 3d day of January, 2008, having considered plaintiff's motion for injunction pending appeal;

IT IS ORDERED:

1. Said motion is **denied**. (D.I. 28)

2. The court's order dated November 7, 2007 granting plaintiff's motion to stay pending appeal (D.I. 20) is **rescinded**, there being a clerical error in the entry of said order. **SERVICE of process shall not be made pending appeal.**

_____
United States District Judge